The People of the State of New York, Respondent, 
against
Luis M., Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Margaret W. Martin, J., at plea; Laurence E. Busching, J., at sentencing) rendered August 20, 2018, convicting him, upon a plea of guilty, of assault in the third degree, and sentencing him to three years' probation.




Per Curiam.
Judgment of conviction (Margaret W. Martin, J., at plea; Laurence E. Busching, J., at sentencing) rendered August 20, 2018, affirmed.
Regardless of whether defendant made a valid waiver of his right to appeal, we perceive no basis for reducing the probationary sentence imposed in accordance with his plea agreement on the third-degree assault conviction. "Ordinarily... where defendant effects a plea bargain and receives the precise sentence that was promised, he should not be later heard to complain that he received what he bargained for" (People v Fair, 33 AD3d 558, 558 [2006], lv denied 8 NY3d 945 [2007], quoting People v Chambers, 123 AD2d 270 [1986]). Given the serious nature of the charged conduct and the absence of extraordinary circumstances, it cannot be said that the sentence of three years' probation was either harsh or excessive (see People v Higgins, 19 AD3d 877 [2005], lv denied 5 NY3d 828 [2005]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: October 15, 2019